# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHRISTIAN DALE WINGRAVE AND
HEATHER WINGRAVE

VERSUS

BGL GROCERS, INC. AND
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

NO.  2021 CW 0239

**MAY 14,  2021**

---

In Re:    BGL Grocers, Inc. and Travelers Property Casualty
          Company of America, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 201814600.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

                        JMM
                        GH
                        AHP


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT